UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

RECEIVED
FEB 22 2024
U.S. Court of Appeals
Eighth Circuit- St. Paul, MN

USTELECOM – THE BROADBAND
ASSOCIATION; CTIA – THE WIRELESS
ASSOCIATION,

    Petitioners,

v.

FEDERAL COMMUNICATIONS
COMMISSION; UNITED STATES OF
AMERICA,

    Respondents.

Case No. 24-1034

FILED
FEB 22 2024
U.S. Court of Appeals
Eighth Circuit- St. Paul, MN

## PETITION FOR REVIEW

Pursuant to 47 U.S.C. § 402(a), 28 U.S.C. §§ 2342(1) and 2344, 5 U.S.C. § 706, and Federal Rule of Appellate Procedure 15(a), Petitioners USTelecom – The Broadband Association ("USTelecom") and CTIA – The Wireless Association ("CTIA") hereby petition the Court for review of the attached final order of the Federal Communications Commission ("FCC"), captioned *Implementing the Infrastructure Investment and Jobs Act: Prevention and Elimination of Digital Discrimination*, Report and Order and Further Notice of Proposed Rulemaking, GN Docket No. 22-69 (rel. Nov. 20, 2023) ("Order").* The Order was published in the

---

* The Federal Communications Commission received petitions for review challenging this Order in several circuits within ten days after issuance of the Order. Accordingly, the Commission notified the Judicial Panel on Multidistrict Litigation. *See* 28 U.S.C. §§ 2112(a)(1), (a)(3). The Panel selected the U.S. Court of Appeals

1

Federal Register on January 22, 2024. *See* 89 Fed. Reg. 4,128. A copy of the Order is attached as Exhibit A.

USTelecom represents service providers and suppliers for the communications industry. USTelecom members provide a full array of services, including broadband, voice, data, and video over wireline and wireless networks. These companies range from large publicly traded corporations to local and regional companies and cooperatives, providing advanced communications services to consumers and businesses across the country.

CTIA represents the United States wireless communications industry and the companies throughout the mobile ecosystem that enable Americans to lead a 21st-century connected life. The association's members include wireless carriers, device manufacturers and suppliers, and app producers and content creators.

Petitioners' members include broadband internet access service providers and other "covered entities" directly regulated by the Order's new rules. *See* Order, Appendix A (to be codified at 47 C.F.R. § 16.2(d)).

This Court has jurisdiction because USTelecom and CTIA participated in proceedings before the FCC on behalf of their members aggrieved by the Order. 28 U.S.C. § 2344. Venue is appropriate in this Court. 28 U.S.C. § 2343.

---

for the Eighth Circuit to consolidate the various petitions for review. Consolidation Order, MCP No. 177 (J.P.M.L. filed Feb. 9, 2024). Therefore, this petition should be transferred to the Eighth Circuit.

The Order purports to implement Congress's instruction to "facilitate equal access" to broadband under Section 60506 of the Infrastructure Investment and Jobs Act, 47 U.S.C. § 1754(b). In the Order, the Commission adopted a broad interpretation of "digital discrimination of access" that covers not only disparate treatment but also practices that could "differentially impact consumers' access to broadband internet access service." Order ¶ 33.

The Order is contrary to law, arbitrary, capricious, and an abuse of discretion; exceeds the FCC's authority; and otherwise violates the Administrative Procedure Act. *See* 5 U.S.C. § 706. USTelecom and CTIA ask that the Court hold the Order unlawful and set it aside.

Respectfully submitted,

/s/ Thomas M. Johnson, Jr.
Thomas M. Johnson, Jr.
Jeremy J. Broggi
Michael J. Showalter
Boyd Garriott
William Turner
**WILEY REIN LLP**
2050 M Street, NW
Washington, DC 20036
Tel: (202) 719-7000
Fax: (202) 719-7049
TMJohnson@wiley.law

*Counsel for Petitioners*

Dated: February 16, 2024